UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:11-cr-1-FtM-38UAM

LOUIS MICHAEL PASQUAZZI

## ORDER

This matter comes before the Court on Defendant Pasquazzi's Unopposed Motion to Consolidate (Doc. #61) filed on March 17, 2014.  Defense Counsel moves the Court for an Order consolidating Defendant's sentencing hearings in his pending criminal case and his supervised release violation case.  As grounds, Counsel indicates the Defendant has agreed to plead guilty and be sentenced on the same day.  In the interest of judicial economy, Defendant moves for both sentencing hearings to occur on the same day.  Counsel further represents the Hon. John E. Steele has agreed to handle both hearings.  The Government does not oppose the relief requested.  The Court, having considered the motion, finds good cause and will grant the consolidation of the case for sentencing purposes.

Accordingly, it is now **ORDERED:**

1) Defendant Pasquazzi's Unopposed Motion to Consolidate (Doc. 61) is **GRANTED**.  The Clerk is directed to transfer this matter to the Hon. John E. Steele for sentencing purposes.

**DONE AND ORDERED** at Fort Myers, Florida, this March 21st, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record